1

**DILLINGHAM & MURPHY, LLP**
Patrick J. Hagan, Esq., SBN 68264

2

Edward E. Hartley, Esq., SBN 122892
Rodrigo E. Salas, Esq., SBN 194462

3

225 Bush Street, 6th Floor
San Francisco, California 94104-4207

4

Telephone:    (415) 397-2700
Facsimile:    (415) 397-3300

5

6

Attorneys for Defendant
BENETTON U.S.A. CORPORATION

7

8

9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| ROBERT DISTER, on behalf of himself and all others similarly situated, | CASE NO.  07 1379 MJJ |
| PLAINTIFFS, | ~~PROPOSED~~ **STIPULATION AND ORDER RE: EXTENSION OF TIME TO RESPOND TO COMPLAINT AND CONTINUATION OF DEADLINES SET FORTH IN COURT'S INITIAL CASE SCHEDULE** |
| vs. | |
| BENETTON U.S.A. CORPORATION d/b/a UNITED COLORS OF BENETTON, | |
| DEFENDANT | **Complaint Filed:  March 8, 2007** |

11

12

13

14

15

16

17

        WHEREAS, the Complaint filed by plaintiff Robert Dister ("Plaintiff") was filed on

18

March 8, 2007 against a single defendant, Benetton U.S.A. Corporation ("Defendant");

19

        WHEREAS, on March 8, 2007 this Court issued its Order Setting Initial Case

20

Management Conference And ADR Deadlines ("Initial Order");

21

        WHEREAS,  Defendant acknowledged receipt and service of the Complaint on April

22

18, 2007;

23

        WHEREAS, Defendant's response to the Complaint is due on May 18, 2007;

24

        WHEREAS, the parties, through counsel, met and conferred on May 15, 2007 and

25

agreed, in principle and subject to approval by this Court, of an extension of time to respond to

26

the complaint and a continuation of the deadlines set forth in the Initial Order to allow the

27

parties to assess the opinion by the United States Supreme Court in the matters of Safeco

28

Insurance Company v. Burr (Case No. 06-84) and GEICO General Insurance Company v. Edo

1   (Case No. 06-100) concerning, inter alia, the standard for the determination of "willful"

2   liability under the Fair Credit Reporting Act.  An opinion is expected by the time the Court is

3   expected to take its summer recess (approximately June 29, 2007)

4        WHEREAS, during the period encompassed by the proposed continuances, the parties

5   intend to discuss the potential for early resolution of the claims in the complaint.

6        THEREFORE, and subject to approval by this Court, the parties STIPULATE as

7   follows:

8   1.    Defendant will respond to the complaint within twenty (20) days of the publication of the

9   Supreme Court's opinion in the Safeco and GEICO cases, but in no event later than July 19, 2007;

10

11  2.    The parties last day to meet and confer re: initial disclosures, early settlement, ADR process

12  selection, discovery plan, and to file joint ADR certification is continued from May 22, 2007 to July 19,

13  2007;

14

15  3.    The parties last day to file Rule 26 initial disclosures, and file a joint case management

16  conference statement is continued from June 5, 2007 to August 7, 2007; and

17  4.    The initial case management conference is continued from June 12, 2007 to August 14, 2007.

18

19       SO STIPULATED:

20

21  Dated:  May 18, 2007                        KELLER GROVER, LLP

22

23

24                                      By _____/S/_____
                                             Eric A. Grover

25                                           Attorneys for Plaintiff

26

27

28

---

Dister v. Benetton U.S.A. Corporation
United States District Court – Northern Case No. 07 1379 MJJ

1  Dated:  May 18, 2007                    DILLINGHAM & MURPHY, LLP

2

3                                          By _____/S/_____

4                                                  Edward E. Hartley
                                                   Attorneys for Defendant
5

6  FOR GOOD CAUSE, SO ORDERED:

7  Dated: _____May 24_____, 2007

8

9                                          By _____

10                                                 Martin J. Jenkins
                                            UNITED STATES DISTRICT JUDGE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dister v. Benetton U.S.A. Corporation
United States District Court – Northern Case No. 07 1379 MJJ