```
 1  DILLINGHAM & MURPHY, LLP
    Patrick J. Hagan, Esq., SBN 68264
 2  Edward E. Hartley, Esq., SBN 122892
    Rodrigo E. Salas, Esq., SBN 194462
 3  225 Bush Street, 6th Floor
    San Francisco, California 94104-4207
 4  Telephone:   (415) 397-2700
    Facsimile:   (415) 397-3300
 5
        Attorneys for Defendant
 6      BENETTON U.S.A. CORPORATION
 7
 8                  UNITED STATES DISTRICT COURT
 9                 NORTHERN DISTRICT OF CALIFORNIA
10
```

| | |
|---|---|
| ROBERT DISTER, on behalf of himself and all others similarly situated, | CASE NO. 07 1379 MJJ |
| PLAINTIFFS, | [~~PROPOSED~~] STIPULATION AND ORDER RE: EXTENSION OF TIME TO RESPOND TO COMPLAINT AND CONTINUATION OF DEADLINES SET FORTH IN COURT'S INITIAL CASE SCHEDULE |
| vs. | |
| BENETTON U.S.A. CORPORATION d/b/a UNITED COLORS OF BENETTON, | |
| DEFENDANT | Complaint Filed: March 8, 2007 |

WHEREAS, the Complaint filed by plaintiff Robert Dister ("Plaintiff") was filed on March 8, 2007 against a single defendant, Benetton U.S.A. Corporation ("Defendant");

WHEREAS, on March 8, 2007 this Court issued its Order Setting Initial Case Management Conference and ADR Deadlines ("Initial Order");

WHEREAS, Defendant acknowledged receipt and service of the Complaint on April 18, 2007;

WHEREAS, by stipulation, Defendant's response to the Complaint is due on June 25, 2007;

///

1  WHEREAS, the parties, through counsel, met and conferred on June 15, 2007 and agreed, in principle and subject to approval by this Court, of an extension of time to respond to the complaint and a continuation of the deadlines set forth in the Initial Order to allow the parties to assess the impact of recent opinions issued by other district judges in similar Fair and Accurate Credit Transactions Act ("FACTA") cases;

WHEREAS, Defendant has informally provided plaintiff's counsel with the approximate number of transactions potentially at issue in this matter;

WHEREAS, during the period encompassed by the proposed continuances, the parties intend to discuss the potential for early resolution of the claims in the complaint.

THEREFORE, and subject to approval by this Court, the parties STIPULATE as follows:

1. Defendant will respond to the complaint on or before August 24, 2007;

2. The parties last day to meet and confer re: initial disclosures, early settlement, ADR process selection, discovery plan, and to file joint ADR certification is continued from July 19, 2007 to September 7, 2007;

3. The parties last day to file Rule 26 initial disclosures, and file a joint case management conference statement is continued from August 7, 2007 to September 14, 2007; and

4. The initial case management conference is continued from August 14, 2007 to September 21, 2007.

SO STIPULATED:

Dated: June 18, 2007                    KELLER GROVER, LLP


                                         By _____/S/_____
                                            Eric A. Grover
                                            Attorneys for Plaintiff

///

---

Dister v. Benetton U.S.A. Corporation
United States District Court – Northern Case No. 07 1379 MJJ                    Page 2

| | | |
|---|---|---|
| 1 | Dated: June 18, 2007 | DILLINGHAM & MURPHY, LLP |
| 2 | | |
| 3 | | By _____/S/_____ |
| 4 | | Edward E. Hartley<br>Attorneys for Defendant |
| 5 | | |
| 6 | FOR GOOD CAUSE, SO ORDERED: | |
| 7 | Dated: June  24 , 2007 | |
| 8 | | |
| 9 | | By _[signature]_____ |
| 10 | | Martin J. Jenkins<br>UNITED STATES DISTRICT JUDGE |