```
 1  DILLINGHAM & MURPHY, LLP
    Patrick J. Hagan, Esq., SBN 68264
 2  Edward E. Hartley, Esq., SBN 122892
    Rodrigo E. Salas, Esq., SBN 194462
 3  225 Bush Street, 6th Floor
    San Francisco, California 94104-4207
 4  Telephone:    (415) 397-2700
    Facsimile:    (415) 397-3300
 5
         Attorneys for Defendant
 6       BENETTON U.S.A. CORPORATION

 7

 8                       UNITED STATES DISTRICT COURT

 9                      NORTHERN DISTRICT OF CALIFORNIA

10

11  ROBERT DISTER, on behalf of himself and    CASE NO.  07 1379 MJJ
    all others similarly situated,
12                                               AMENDED
13            PLAINTIFFS,                      [PROPOSED] STIPULATION AND
                                               ORDER RE: EXTENSION OF TIME
14       vs.                                   TO RESPOND TO COMPLAINT AND
                                               CONTINUATION OF DEADLINES
15  BENETTON U.S.A. CORPORATION d/b/a          SET FORTH IN COURT'S INITIAL
    UNITED COLORS OF BENETTON,                 CASE SCHEDULE
16
              DEFENDANT
17                                             Complaint Filed:  March 8, 2007

18
```

19

20       WHEREAS, the Complaint filed by plaintiff Robert Dister ("Plaintiff") was filed on

21  March 8, 2007 against a single defendant, Benetton U.S.A. Corporation ("Defendant");

22       WHEREAS, on March 8, 2007 this Court issued its Order Setting Initial Case

23  Management Conference and ADR Deadlines ("Initial Order");

24       WHEREAS, Defendant acknowledged receipt and service of the Complaint on April

25  18, 2007;

26       WHEREAS, by stipulation, Defendant's response to the Complaint is due on June 25,

27  2007;

28  ///

---

1 | WHEREAS, the parties, through counsel, met and conferred on June 15, 2007 and
2 | agreed, in principle and subject to approval by this Court, of an extension of time to respond to
3 | the complaint and a continuation of the deadlines set forth in the Initial Order to allow the
4 | parties to assess the impact of recent opinions issued by other district judges in similar Fair and
5 | Accurate Credit Transactions Act ("FACTA") cases;
6 | WHEREAS, Defendant has informally provided plaintiff's counsel with the
7 | approximate number of transactions potentially at issue in this matter;
8 | WHEREAS, during the period encompassed by the proposed continuances, the parties
9 | intend to discuss the potential for early resolution of the claims in the complaint.
10 | THEREFORE, and subject to approval by this Court, the parties STIPULATE as
11 | follows:
12 | 1. Defendant will respond to the complaint on or before August 24, 2007;
13 | 2. The parties last day to meet and confer re: initial disclosures, early settlement,
14 | ADR process selection, discovery plan, and to file joint ADR certification is continued from
15 | July 19, 2007 to September 7, 2007;
16 | 3. The parties last day to file Rule 26 initial disclosures, and file a joint case
17 | management conference statement is continued from August 7, 2007 to September 14, 2007;
18 | and
19 | 4. The initial case management conference is continued from August 14, 2007 to
20 | September ~~21~~, 2007.
21 | TUESDAY, SEPTEMBER 25
22 | SO STIPULATED:
23 |
24 | Dated: June 18, 2007                     KELLER GROVER, LLP
25 |
26 |                                          By _____/S/_____
27 |                                             Eric A. Grover
                                                Attorneys for Plaintiff
28 | ///

---

Dister v. Benetton U.S.A. Corporation
United States District Court – Northern Case No. 07 1379 MJJ          Page 2

1  Dated: June 18, 2007                    DILLINGHAM & MURPHY, LLP

2

3                                          By _____/S/_____
                                                Edward E. Hartley
4                                               Attorneys for Defendant

5

6  FOR GOOD CAUSE, SO ORDERED:

7  Dated: June  24 , 2007

8

9                                          By _____(signature)_____
                                                Martin J. Jenkins
10                                              UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28