Eric A. Grover, Esq. (Bar No. 136080)
Denise L. Díaz, Esq. (Bar No. 159516)
**KELLER GROVER LLP**
425 Second Street, Suite 500
San Francisco, California 94107
Tel: (415) 543-1305; Fax (415) 543-7861
eagrover@kellergrover.com
ddiaz@kellergrover.com

Attorneys for Plaintiff
ROBERT DISTER

Patrick J. Hagan, Esq. (Bar No. 68264)
Edward E. Hartley (Bar No. 122892)
**DILLINGHAM & MURPHY, LLP**
225 Bush Street, 6th Floor
San Francisco, CA 94104-4207
Tel: 415-397-2700; Fax: 415-397-3300
eeh@dillinghammurphy.com

Attorneys for Defendant
BENETTON U.S.A. CORPORATION d/b/a
UNITED COLORS OF BENETTON

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT DISTER, on behalf of himself and all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>BENETTON U.S.A. CORPORATION d/b/a UNITED COLORS OF BENETTON,<br><br>        Defendant. | Case No. C 07-1379 SI<br><br>**JOINT REQUEST FOR A CONTINUANCE OF THE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

1  Pursuant to the Court's order of February 22, 2008, Plaintiff Robert Dister
2  ("Plaintiff") and Defendant Benetton U.S.A. Corporation d/b/a United Colors Of Benetton
3  ("Defendant") must submit a status report on June 2, 2008, in advance of a June 6, 2008
4  case management conference.  Plaintiff and Defendant hereby advise the Court that they are
5  exploring settlement.  They, therefore, request a 35-day continuance of these deadlines so
6  that the parties may fully explore the possibility of settling this case.

**KELLER GROVER LLP**

DATED:  May 29, 2008

By:  _____/s/_____
    ERIC A. GROVER

Attorneys for Plaintiff
Robert Dister

**DILLINGHAM & MURPHY, LLP**

DATED:  May 29, 2008

By:  _____/s/_____
    EDWARD E. HARTLEY

Attorneys for Defendant
Benetton U.S.A. Corporation
d/b/a United Colors of Benetton

-1-

Joint Request for Continuance of CMC      C 07-1379 SI

**[PROPOSED] ORDER**

Upon the Stipulation of the parties, and for good cause shown, the case management conference scheduled for June 6, 2008, is hereby vacated. A status conference shall be set for July 11, 2008, to determine whether it is appropriate to continue the stay of this action. The parties shall submit a report on July 7, 2008, as to the status of the appeals in other cases arising under the Fair and Accurate Credit Transactions Act, and any developments in this case. The parties also will inform the Court as to whether the stay should remain in place or be lifted.

Dated: _____ _____

Honorable Susan Illston

-1-

Joint Request for Continuance of CMC                                                      C 07-1379 SI