Eric A. Grover (Bar No. 136080)
eagrover@kellergrover.com
Denise L. Díaz (Bar No. 159516)
ddiaz@kellergrover.com
**KELLER GROVER LLP**
425 Second Street, Suite 500
San Francisco, California 94107
Tel: (415) 543-1305; Fax (415) 543-7861

*Attorneys for Plaintiff*
ROBERT DISTER

Patrick J. Hagan (Bar No. 68264)
Edward E. Hartley (Bar No. 122892)
eeh@dillinghammurphy.com
**DILLINGHAM & MURPHY, LLP**
225 Bush Street, 6th Floor
San Francisco, CA 94104-4207
Tel: 415-397-2700; Fax: 415-397-3300

*Attorneys for Defendant*
BENETTON U.S.A. CORPORATION d/b/a
UNITED COLORS OF BENETTON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DISTER, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BENETTON U.S.A. CORPORATION d/b/a UNITED COLORS OF BENETTON,<br><br>Defendant. | Case No. C 07-1379 SI<br><br>**STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF ACTION** |

Please take notice that, pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, Plaintiff Robert Dister ("Plaintiff") and Defendant Benetton U.S.A. Corporation d/b/a United Colors of Benetton ("Defendant"), by and through their respective counsel, hereby stipulate to the dismissal with prejudice of Plaintiff's individual action against Defendant.

It is further stipulated that the allegations asserted on behalf of the putative class be and hereby are dismissed without prejudice.

**IT IS SO STIPULATED.**

DATED: June 30, 2008      **KELLER GROVER LLP**

By: _____/s/_____
ERIC A. GROVER

*Attorneys for Plaintiff*
ROBERT DISTER


DATED: June 30, 2008      **DILLINGHAM & MURPHY, LLP**

By: _____/s/_____
EDWARD E. HARTLEY

*Attorneys for Defendant*
BENETTON U.S.A. CORPORATION
D/B/A UNITED COLORS OF BENETTON

1

**[PROPOSED] ORDER**

2   Upon the Stipulation of the parties pursuant to Rule 41(a)(1) of the Federal Rules of Civil

3 Procedure, the Court hereby dismisses WITH PREJUDICE the individual action Plaintiff Robert

4 Dister ("Plaintiff") against Defendant Benetton U.S.A. Corporation dba United Colors of

5 Benetton. The Court dismisses WITHOUT PREJUDICE the allegations asserted on behalf of the

6 putative class.

7   **IT IS SO ORDERED.**

8

9

*[signature: Susan Illston]*

10   Honorable Susan Illston
     United States District Judge

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-1-
Stipulation/Proposed Order Re: Dismissal
C 07-1379 SI